UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| RICHARD HALFHILL, | ) | No. 5:21-cv-03426-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 2nd day of August, 2022, it is hereby, ORDERED that Plaintiff's Motion for Attorney's Fees, ECF No. 17, is granted. Plaintiff Richard Halfhill is awarded attorney fees in the amount of Three-Thousand, Eight-Hundred Eighty-two Dollars and 63/100 Cents ($3,882.63) and costs in the amount of Four-Hundred, Two Dollars and 00/100 Cents ($402.00) under 28 U.S.C. § 2412(a), (d) of the EAJA. This award will be paid directly to Plaintiff Richard Halfhill, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

August 2, 2022                                                  Kaymani D. West
Florence, South Carolina                                 United States Magistrate Judge